■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OHLIN BRANCH, Appellant. [714 NYS2d 681] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (D'Emic, J.), rendered August 25, 1997, convicting him of burglary in the first degree and robbery in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]; *People v Martinez,* 186 AD2d 824).

The sentencing court did not err in ordering consecutive sentences on the burglary and robbery convictions (*see, People v Yong Yun Lee,* 92 NY2d 987).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit. Santucci, J. P., Friedmann, McGinity and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT W. BROOKS, Appellant. [708 NYS2d 302] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 5, 1998 (*People v Brooks,* 254 AD2d 298), affirming a judgment of the County Court, Suffolk County, rendered April 26, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., Santucci, Goldstein and McGinity, JJ., concur.